**Order entered July 20, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01304-CV

**THE FAN EXPO, LLC, Appellant**

**V.**

**NATIONAL FOOTBALL LEAGUE, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-04875**

## ORDER

Before the Court is appellant's July 17, 2018 unopposed motion for extension of time to file a reply brief.  We **GRANT** the motion and extend the time to **August 6, 2018**.

/s/    ADA BROWN
        JUSTICE